

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01050-CV

**IN RE Brandon LATIKER and Builders FirstSource-South Texas, L.P.**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: December 20, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On December 5, 2023, relators filed a petition for writ of mandamus. On December 6, 2023, relators filed a motion to dismiss this mandamus proceeding pursuant to a Rule 11 agreement with real party in interest resolving the dispute. Accordingly, we grant the motion to dismiss and dismiss the mandamus proceeding as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CI00737, styled *Jerome T. Johnson v. Brandon Latiker and Builders FirstSource-Texas Group, L.P. d/b/a Builders FirstSource, Builders FirstSource – South Texas, L.P.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding. Respondent, the Honorable Rosie Alvarado, however, signed the order at issue in this mandamus.